UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-656 |
| v. | : | Hon. Joseph A. Greenaway, Jr. |
| GORDON D. McDONALD;<br>JOHN A. BENNETT; and<br>JAMES E. HAAS, JR. | :<br><br>: | <br><br>UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Jeffrey D. Martino, Trial Attorney, U.S. Department of Justice, Antitrust Division) for an order that each of the arrest warrants in the above-captioned matter be unsealed; by virtue of the arrests of defendants GORDON D. McDONALD and JAMES E. HAAS, Jr.; and for good cause shown,

IT IS ON this 15th day of September, 2009,

ORDERED that each of the arrest warrants filed in the above-captioned matter are unsealed.

HON. JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE