UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JOSEPH A. GREENAWAY, JR. |
| v. | : | CRIMINAL NO. 09-656 |
| GORDON MCDONALD | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of the United States (Jeffrey D. Martino and Elizabeth Prewitt, Trial Attorneys, U.S. Department of Justice, Antitrust Division, appearing) and defendant Gordon D. McDonald (Justin T. Loughry, appearing) and good cause having been shown, the Court makes the following findings:

(1) Defense counsel requires additional time to review the discovery provided by the United States to date;

(1) Plea negotiations are in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS, on this 13th day of November, 2009

ORDERED that, the trial in this matter be continued from January 5, 2010 to February 9, 2010 and that the period of time from November 5, 2009 through

February 9, 2010 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(8)(A); and it is further

ORDERED that:

1. Defendants shall file pre-trial motions on or before December 7, 2009;

2. The government shall respond to such motions on or before December 23, 2009.

3. Defendant should file any reply papers on or before January 4, 2010.

4. The return date for pre-trial motions shall be January 19, 2010.

5. Trial shall commence on February 9, 2010 at 9:30 a.m.

_____  11-4-09
Justin T. Loughry, Esq.
(Counsel for Gordon McDonald)

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge