UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JOSEPH A. GREENAWAY, JR. |
| v. | : | CRIMINAL NO. 09-656 |
| GORDON MCDONALD | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States (Jeffrey D. Martino, Elizabeth Prewitt and Helen Christodoulou, Trial Attorneys, U.S. Department of Justice, Antitrust Division, appearing) and defendant Gordon D. McDonald (Justin T. Loughry, appearing) and good cause having been shown, the Court makes the following findings:

(1) Defense counsel requires additional time to review the discovery provided by the United States to date;

(1) Plea negotiations are in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS, on this 13th day of ~~December~~ January, 2009

ORDERED that, the trial in this matter be continued from February 9, 2010 to March 9, 2010 and that the period of time from November 5, 2009 through March 9, 2010 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(8)(A); and it is further

ORDERED that:

1. Defendants shall file pre-trial motions on or before January 11, 2010;

2. Responses to such motions shall be filed on or before January 25, 2010.

3. Any reply papers shall be filed on or before February 5, 2010.

4. The return date for pre-trial motions shall be February 22, 2010 at 2:00 p.m.

5. Trial shall commence on March 9, 2010 at 9:30 a.m.

_____ 12-10-09
Justin T. Loughry, Esq.
(Counsel for Gordon McDonald)

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge