United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

        Plaintiff

        vs.

**GORDON D. MCDONALD,  ET AL.**

        Defendant
_____

Cr. No. 09-656

Order of Reassignment

It is on this 8th day of March 2010,

O R D E R E D that the entitled action is reassigned

from Judge Joseph A. Greenaway, Jr. to Judge Susan D. Wigenton.

                              S/Garrett E. Brown, Jr.
                              Garrett E. Brown, Jr., Chief Judge
                              United States District Court