**LOUGHRY & LINDSAY, LLC**
330 Market Street
Camden, NJ 08102
(856) 968-9201
By: Justin T. Loughry, Esquire (3473-JTL)
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Susan Wigenton |
| v. | : | Criminal No. 09-656-01 |
| GORDON D. McDONALD | : | |
| | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of the United States (Jeffrey D. Martino, Elizabeth Prewitt and Helen Christodoulou, Trial Attorneys, U. S. Department of Justice, Antitrust Division, appearing) and defendant Gordon D. McDonald (Justin T. Loughry appearing), and good cause having been shown, the Court makes the following findings:

1) Defense counsel requires additional time to arrange for the entry of a plea of guilty in accordance with an agreement that the Government and Mr. McDonald have reached;

2) The contemplated plea would render any trial of this matter unnecessary, and has not yet been formally entered only on account of Mr. McDonald's temporary medical condition arising from an automobile accident on or about March 29, 2010;

3) Defendant has consented to the aforementioned continuance;

4) The grant of a continuance will likely conserve judicial resources; and

5) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS, on this 12th day of April 2010,

ORDERED that, the trial in this matter be continued from April 9, 2010 to June 9, 2010, and that the period of time from April 9, 2010 through June 9, 2010, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A); and it is further

ORDERED that:

1. Trial shall commence on June 9, 2010 at 9:30 a.m.

_____
HON. Susan Wigenton
United States District Judge

I consent to the form and entry of this order.

_____
Justin T. Loughry, Esq.
(Counsel for Gordon McDonald)