**LOUGHRY & LINDSAY, LLC**
330 Market Street
Camden, NJ 08102
(856) 968-9201
By: Justin T. Loughry, Esquire (3473-JTL)
Attorneys for Gordon McDonald

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. Susan Wigenton |
| v. | : Criminal No. 09-656-01 |
| GORDON McDONALD | : |
| | : **ORDER FOR CONTINUANCE** |

**THIS MATTER** having come before the Court on the application of the defendant Gordon McDonald and the United States (Jeffrey D. Martino, Elizabeth Prewitt and Helen Christodoulou, Trial Attorneys, U. S. Department of Justice, Antitrust Division, appearing) and and good cause having been shown, the Court makes the following findings:

1) Defense counsel requires additional time to arrange for the entry of a plea of guilty in accordance with an agreement that the Government and Mr. McDonald have reached; the defendant's current medical condition, including prescribed medication and recent pulmonary surgery, has required postponement of the plea;

2) The contemplated plea would render any trial of this matter unnecessary, and has not yet been formally entered only on account of Mr. McDonald's temporary medical condition arising from and since an automobile accident on or about March 29, 2010;

3) Defendant has consented to the aforementioned continuance;

4) The grant of a continuance will likely conserve judicial resources; and

5) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

**WHEREFORE, IT IS**, on this ___ day of October 2010,

**ORDERED** that, the trial in this matter be continued from October 9, 2010 to November 9, 2010, and that the period of time from October 9, 2010 to November 9, 2010, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A); and **IT IS FURTHER ORDERED** that:

1. Trial shall commence on November 9, 2010, at 9:30 a.m.

_____
Honorable Susan D. Wigenton
United States District Judge

We consent to the form and entry of this order.

_____
Justin T. Loughry, Esq.
Counsel for Gordon McDonald

Date: 10-8-10

_____
Trial Attorney, Antitrust Division
United States Department of Justice

Date: _____

-2-