**LOUGHRY & LINDSAY, LLC**
330 Market Street
Camden, NJ 08102
(856) 968-9201
By: Justin T. Loughry, Esquire (3473-JTL)
Attorneys for Gordon McDonald

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Susan Wigenton |
| v. | : | Criminal No. 09-656-01 |
| GORDON McDONALD | : | |
| | : | **ORDER FOR CONTINUANCE** |

**THIS MATTER** having come before the Court on the application of the defendant Gordon McDonald and the United States (Jeffrey D. Martino, Elizabeth Prewitt and Helen Christodoulou, Trial Attorneys, U. S. Department of Justice, Antitrust Division, appearing) and and good cause having been shown, the Court makes the following findings:

1) Defense counsel requires additional time to arrange for the entry of a plea of guilty in accordance with an agreement that the Government and Mr. McDonald have reached; the defendant's current medical condition, including prescribed medication, uncontrolled hypertension and likely imminent surgery, has required postponement of the plea;

2) The contemplated plea would render any trial of this matter unnecessary, and has not yet been formally entered only on account of Mr. McDonald's temporary medical condition arising from and since an automobile accident on or about March 29, 2010;

3) Defendant has consented to the aforementioned continuance;

4) The grant of a continuance will likely conserve judicial resources; and

5) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

**WHEREFORE, IT IS**, on this 13th day of December, 2010,

**ORDERED** that, the trial in this matter be continued from December 13, 2010 until January 17, 2011, and that the period of time from December 13, 2010 until January 17, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A); and **IT IS FURTHER ORDERED** that:

1. Trial shall commence on January 17, 2011, at 9:30 a.m.

Honorable Susan D. Wigenton
United States District Judge

We consent to the form and entry of this order.

Justin T. Loughry, Esq.
Counsel for Gordon McDonald
Date: Dec 9, 2010

Trial Attorney, Antitrust Division
United States Department of Justice
Date: 12/10/10

-2-