IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Cr. No. 09-656 (SDW) |
| GORDON D. McDONALD, | ORDER |
| Defendant. | |

This matter came before the Court upon its own motion, pursuant to the Order entered by the undersigned on April 30, 2012, awaiting further information regarding defendant's neurological conditions and competency; and

It appears that further proceedings should be conducted before the assigned trial judge, the Honorable Susan D. Wigenton, and the undersigned remains available for such assistance as may be requested by Judge Wigenton;

IT IS, this __14th__ day of **May, 2012,** hereby

ORDERED that further proceedings herein go forward before the Honorable Susan D. Wigenton.

> **s/ Jerome B. Simandle**
> JEROME B. SIMANDLE
> Chief U.S. District Judge