UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GORDON D. MCDONALD,<br>      Defendant. | Criminal No. 09-656-01 (SDW) |

**ORDER**

IT IS, on this 11th day of October 2012, so **ORDERED** that the defendant, Gordon D. McDonald, be released from the custody of the Federal Bureau of Prisons ("BOP"), subject to Order Setting Conditions of His Release, until such a time when he is ordered to re-surrender to the BOP for a mental competency evaluation pursuant to 18 U.S.C. §§ 4247 and 4247.

**WHEREFORE, IT IS SO ORDERED.**

_____
Honorable Susan D. Wigenton
United States District Judge
District of New Jersey