UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

v.

GORDON D. MCDONALD,

                Defendant.

---

Criminal No. 09-656-01 (SDW)

**ORDER TO SURRENDER TO FMC DEVENS UPON MEDICAL RELEASE**

## ORDER

**WHEREAS** the defendant, Gordon D. McDonald, was ordered by this Court to surrender to the Bureau of Prisons, FMC Devens, on November 27, 2012 to undergo an examination of his medical competency pursuant to 18 U.S.C. §§ 4241 and 4247;

**WHEREAS** on November 27, 2012, Mr. McDonald was hospitalized and did not report to FMC Devens;

**IT IS** on this 27th day of November 2012

**ORDERED** that Gordon D. McDonald report to FMC Devens between the hours of 7:30 am and 2:00 pm on the first business day following his discharge from the hospital.

_____
Honorable Susan D. Wigenton, U.S.D.J.