**LOUGHRY & LINDSAY, LLC**
330 Market Street
Camden, NJ 08102
(856) 968-9201
By: Justin T. Loughry, Esquire (3473-JTL)
Attorneys for Gordon D. McDonald

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. Susan D. Wigenton |
| | : |
| v. | : Criminal No. 09-656-01 (SDW) |
| | : |
| GORDON D. MCDONALD, | : **ORDER** |
| | : |
| Defendants. | |

THIS MATTER having come before the court upon the Motion (Cross Motion) by defendant for an order compelling the Government to obtain and produce all medical records of Gordon McDonald arising from and reflecting his stay in October 2012 at the Metropolitan Detention Center in New York City pursuant to this Court's order;

AND the counsel for the United States having represented that it has obtained the records and already forwarded them to defense counsel;

AND FURTHER the counsel for the United States having represented that any and all records from the New York Downtown Hospital are the property of and domain of said hospital and are not the property of nor under the control of the United States government or the Federal Bureau of Prisons or any of its agencies or officials, such that the New York Downtown Hospital

is free to respond to a proper request from defendant for his own records, without any involvement of the Federal government;

**WHEREFORE, IT IS,** on this 24th day of January, 2013,

**HEREBY ORDERED** that the defendant's motion is dismissed as moot.

Hon. Susan D. Wigenton
United States District Judge